UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH A. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP a/k/a COUNTRYWIDE HOME LOAN SERVICING, LP; BANK OF AMERICA, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-3488-CAP |

**O R D E R**

This matter is before the court on the plaintiff's motion for voluntary dismissal [Doc. No. 20]. The defendants have not filed a responsive pleading to the motion. The defendants' failure to respond indicates that there is no opposition to the motion. Pursuant to Civil Local Rule 7.1B, and for the reasons set forth in the motion, the motion is GRANTED. In accordance with Federal Rule of Civil Procedure 41, the action is dismissed without prejudice.

**SO ORDERED** this 26th day of August, 2013.

                                                /s/ Charles A. Pannell, Jr.
                                                CHARLES A. PANNELL, JR.
                                                United States District Judge